IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVONNE DRIVER, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 2:10-cv-01524 |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Gary L. Lancaster |
| | ) | |
| THE COMMONWEALTH OF PENNSYLVANIA, | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and following settlement by mediation, the parties hereby stipulate to the voluntary dismissal with prejudice of plaintiff's claims against the defendant, with each party to bear their own costs and fees.

s/David J. Millstein
David J. Millstein, Esquire
Pa. I.D. No. 5724
Millstein & Knupp
322 Armbrust Road, 1st Floor
Youngwood, PA  15697
724-837-3333
ssponte@gmail.com

s/Rachel M. Yantos
Rachel M. Yantos, Esquire
Pa. I.D. No. 84802
322 Armbrust Road, 1st Floor
Youngwood, PA  15697
724-925-1910
rmyantos@gmail.com

Counsel for Plaintiff

s/Thomas L. Donahoe
Thomas L. Donahoe
Sr. Deputy Attorney General
Office of Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219
412-565-2572
tdonahoe@attorneygeneral.gov

Counsel for Defendant

SO ORDERED, THIS 22 DAY OF AUGUST, 2011.

_____, C.J.